UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In Re: §
§
ALISA MARIE LUDOLPH § Case No. 19-10047
§
Debtor §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/09/2019 . The undersigned trustee was appointed on 01/09/2019 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 6,494.03

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 10.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 715.16 |
| Leaving a balance on hand of[1]      $ | 5,768.87 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/07/2019 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,327.89 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,327.89 , for a total compensation of $ 1,327.89 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 50.35 , for total expenses of $ 50.35 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/12/2019                By:/s/LYLE R. NELSON, TRUSTEE
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 19-10047 | SAH | Judge: | Sarah A. Hall | Trustee Name: | LYLE R. NELSON, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | ALISA MARIE LUDOLPH | | | | Date Filed (f) or Converted (c): | 01/09/2019 (f) |
| | | | | | 341(a) Meeting Date: | 02/05/2019 |
| For Period Ending: | 12/12/2019 | | | | Claims Bar Date: | 05/07/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Vacation Time Share<br><br>PO Box 630980<br>Cincinnati OH 45263 Hamilton County | 22,946.00 | 0.00 | | 0.00 | FA |
| 2. 2017 Dodge Journey Mileage: 30000 | 14,250.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods At The Debtor's Residence. | 300.00 | 0.00 | | 0.00 | FA |
| 4. Tv, Computer & Cell Phone | 500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel In Debtor's Possession. | 300.00 | 0.00 | | 0.00 | FA |
| 6. 1 Cat | 20.00 | 0.00 | | 0.00 | FA |
| 7. Cash | 2.00 | 0.00 | | 0.00 | FA |
| 8. Tinker Federal Credit Union Account Overdrawn $44 | 0.00 | 0.00 | | 0.00 | FA |
| 9. Tinker Federal Credit Union | 5.00 | 0.00 | | 0.00 | FA |
| 10. City Of Oklahoma City Security Deposit | 160.00 | 0.00 | | 0.00 | FA |
| 11. Deposit Rental House Douglas Butler | 400.00 | 0.00 | | 0.00 | FA |
| 12. 2018 Federal Tax Refund (u) | 0.00 | 4,932.00 | | 4,932.00 | FA |
| 13. 2018 State Tax Refund (u) | 0.00 | 742.00 | | 742.00 | FA |
| 14. Inheritance insurance policy from mother (u)<br><br>By subsequent amendment, this is a Globe Life policy. Dr is beneficary, documents provided by attorney establish that. Also, exempt<br>Amended Schedules filed 7/23/19 Doc. 24 changing this from Unscheduled to scheduled w/ an Exemption.<br>Amended Schedules filed 8/28/19 Doc. 26 changing the amount of Asset & amount of Exemption. | 3,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 19-10047 | SAH | Judge: | Sarah A. Hall | Trustee Name: | LYLE R. NELSON, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | ALISA MARIE LUDOLPH | | | | Date Filed (f) or Converted (c): | 01/09/2019 (f) |
| | | | | | 341(a) Meeting Date: | 02/05/2019 |
| For Period Ending: | 12/12/2019 | | | | Claims Bar Date: | 05/07/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. Interest paid on delayed federal tax refund. (u)  Due to delay in paying refund, IRS paid $120.03 in interest on tax refund. Estate portion of tax refund is 873%.  873% of $120.03 = $104.87.  That is the pro rata portion of the interest paid by the IRS which is the Estates. Further, Debtor owed $742 state refund.  The federal refund exceeds the total amount to turnover.  So, per agreement with the Debtor I will apply the federal refund to the federal and state refunds to turnover.  The balance will be refunded to the Debtor after the inheritance issue is resolved. | 0.00 | 104.87 | | 104.87 | FA |
| 16. Great Western insurance policy on mother  (u)  Great Western insurance policy on mother.  Debtor is beneficiary.  Amended schedules filed to list and also claim as exempt. Amended Schedules filed 7/23/19 Doc. 24 changing this from Unscheduled to scheduled w/ an Exemption. Amended Schedules filed 8/28/19 Doc. 26 changing the amount of Asset & amount of Exemption. | 10,000.00 | 0.00 | | 0.00 | FA |
| 17. Non Estate Funds returned to debtor (u)  Federal Tax refunded to debtor estate excess NOTE, this 'asset' was added by the direction of AXOS as part of a check refund/debtor overpayment.  I have subsequently learned that AXOS advice on this issue was incorrect, from similar fact cases.   I will attempt to delete this 'asset' b/c it is not an asset.  AXOS idea was having a 'asset' to tie the 'deposit correcting check' to,  which I have learned is incorrect. | 0.00 | 715.16 | | 715.16 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $51,883.00    $6,494.03    $6,494.03    $0.00

(Total Dollar Amount in Column 6)

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

9/25/2019  check drafted to refund overpayment of tax refund sent to debtor.  When check clears, will file/submit TFR.
10/2/2019  Bank statement received and reviewed. check did not clear in September stmt  Bank fees will stop after October fee.
10/23/2019 Review Pacer and claims register for amendments & Orders on Motions for Relief & Abandonment.  Adjust claims/assets as needed. bl
10/31/2019  receive error code on 10/30/2019 batch filing of annual report.  Manually file annual report, forms 1 and 2 this date.
10/31/2019  annual report/interim report forms 1 and 2 filed.  Doc no. 31
11/8/2019  never received normal monthly email that bank stmts were ready to review.  Independently checked this date, statement available and reviewed. Debtor check cleared.  Case ready for TFR
11/18/2019  claims checked and confirmed earlier.  Ready for TFR.
12/11/2019  never received normal monthly email that bank stmts were ready to review.  Independently checked this date, statement available and reviewed.  BL rough drafted a TFR for my review last month but did not forward it.  Will review and approve.
12/11/2019 TFR approved to submit to UST

Initial Projected Date of Final Report (TFR): 02/05/2021          Current Projected Date of Final Report (TFR): 02/07/2020

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 19-10047 | Trustee Name: | LYLE R. NELSON, TRUSTEE |
| Case Name: | ALISA MARIE LUDOLPH | Bank Name: | First National Bank - Vinita |
| | | Account Number/CD#: | XXXXXX5939 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9297 | Blanket Bond (per case limit): | $7,904,000.00 |
| For Period Ending: | 12/12/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/20/19 | | United States Treasury | 2018 Federal tax refund<br>Due to delay in paying refund, IRS paid $120.03 in interest on tax refund. Estate portion of tax refund is 873%. 873% of $120.03 = $104.87. That is the pro rata portion of the interest paid by the IRS which is the Estates. Further, Debtor owed $742 state refund. The federal refund exceeds the total amount to turnover. So, per agreement with the Debtor I will apply the federal refund to the federal and state refunds to turnover. The balance will be refunded to the Debtor after the inheritanc | | $6,494.03 | | $6,494.03 |
| | | | Gross Receipts | $6,494.03 | | | |
| | 12 | | 2018 Federal Tax Refund | $4,932.00 | 1224-000 | | |
| | 13 | | 2018 State Tax Refund | $742.00 | 1224-000 | | |
| | 15 | | Interest paid on delayed federal tax refund. | $104.87 | 1229-000 | | |
| | 17 | | Non Estate Funds returned to debtor | $715.16 | 1280-000 | | |
| 09/09/19 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,484.03 |
| 10/01/19 | 10001 | ALISA MARIE LUDOLPH<br>1324 NW 81ST ST<br>OKLAHOMA CITY, OK 73114 | Refund overpayment of tax refund to debtor<br>Refund overpayment of 2018 federal tax refund to debtor per Order Doc no. 25. | 8500-022 | | $715.16 | $5,768.87 |

|  |  |
|---|---|
| COLUMN TOTALS | $6,494.03    $725.16 |
| Less: Bank Transfers/CD's | $0.00    $0.00 |
| Page Subtotals: | $6,494.03    $725.16 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

|  |  |  |
|---|---:|---:|
| Subtotal | $6,494.03 | $725.16 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,494.03 | $725.16 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5939 - Checking | $6,494.03 | $725.16 | $5,768.87 |
| | $6,494.03 | $725.16 | $5,768.87 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,494.03 |
| Total Gross Receipts: | $6,494.03 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-10047
Debtor Name: ALISA MARIE LUDOLPH
Claims Bar Date: 5/7/2019

Date: December 12, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | LYLE R. NELSON<br>TWO LEADERSHIP SQUARE<br>211 N. ROBINSON, STE. 1300<br>OKLAHOMA CITY, OK 73102-7134 | Administrative | | $0.00 | $1,327.89 | $1,327.89 |
| 100 2200 | LYLE R. NELSON<br>TWO LEADERSHIP SQUARE<br>211 N. ROBINSON, STE. 1300<br>OKLAHOMA CITY, OK 73102-7134 | Administrative | | $0.00 | $50.35 | $50.35 |
| 1 300 7100 | Security Finance of Oklahoma, LLC DBA Continental Credit<br>SFC CENTRAL BANKRUPTCY<br>P.O. BOX 1893<br>SPARTANBURG, SC 29304 | Unsecured | | $0.00 | $1,084.95 | $1,084.95 |
| 2 300 7100 | CAPITAL ONE BANK (USA), N.A.<br>by American InforSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $1,316.76 | $1,316.76 |
| 3 300 7100 | UNITED STATES DEPARTMENT OF EDUCATION<br>UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | Unsecured | | $0.00 | $13,923.41 | $13,923.41 |
| 4 300 7100 | UNITED STATES DEPARTMENT OF EDUCATION<br>UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | Unsecured | | $0.00 | $44,623.46 | $44,623.46 |
| 5 300 7100 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41031<br>NORFOLK VA 23541 | Unsecured | | $0.00 | $1,461.90 | $1,461.90 |
| 6 300 7100 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41031<br>NORFOLK VA 23541 | Unsecured | | $0.00 | $743.63 | $743.63 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-10047  
Debtor Name: ALISA MARIE LUDOLPH  
Claims Bar Date: 5/7/2019  

Date: December 12, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>300<br>7100 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41031<br>NORFOLK VA 23541 | Unsecured | | $0.00 | $1,246.66 | $1,246.66 |
| | Case Totals | | | $0.00 | $65,779.01 | $65,779.01 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2  Printed: December 12, 2019

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-10047
Case Name: ALISA MARIE LUDOLPH
Trustee Name: LYLE R. NELSON, TRUSTEE

| | Balance on hand | $ | 5,768.87 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LYLE R. NELSON | $ 1,327.89 | $ 0.00 | $ 1,327.89 |
| Trustee Expenses: LYLE R. NELSON | $ 50.35 | $ 0.00 | $ 50.35 |

| | Total to be paid for chapter 7 administrative expenses | $ | 1,378.24 |
| | Remaining Balance | $ | 4,390.63 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,400.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Security Finance of Oklahoma, LLC DBA Continental Credit | $ 1,084.95 | $ 0.00 | $ 73.97 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $ 1,316.76 | $ 0.00 | $ 89.77 |
| 3 | UNITED STATES DEPARTMENT OF EDUCATION | $ 13,923.41 | $ 0.00 | $ 949.25 |
| 4 | UNITED STATES DEPARTMENT OF EDUCATION | $ 44,623.46 | $ 0.00 | $ 3,042.28 |
| 5 | SYNCHRONY BANK | $ 1,461.90 | $ 0.00 | $ 99.67 |
| 6 | SYNCHRONY BANK | $ 743.63 | $ 0.00 | $ 50.70 |
| 7 | SYNCHRONY BANK | $ 1,246.66 | $ 0.00 | $ 84.99 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,390.63 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE