# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: § <br> § <br> ALISA MARIE LUDOLPH § <br> § <br> Debtor § | Case No. 19-10047 |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

LYLE R. NELSON, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 37,776.00 <br> *(Without deducting any secured claims)* | Assets Exempt: 14,107.00 |
| Total Distributions to Claimants: 4,390.63 | Claims Discharged <br> Without Payment: 181,968.14 |
| Total Expenses of Administration: 1,388.24 | |

3) Total gross receipts of $6,494.03 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $715.16 (see **Exhibit 2**), yielded net receipts of $5,778.87 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $42,050.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,388.24 | 1,388.24 | 1,388.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 79,908.00 | 64,400.77 | 64,400.77 | 4,390.63 |
| **TOTAL DISBURSEMENTS** | $121,958.00 | $65,789.01 | $65,789.01 | $5,778.87 |

4)  This case was originally filed under chapter 7 on 01/09/2019. The case was pending for 15 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2020              By:/s/LYLE R. NELSON, TRUSTEE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2018 Federal Tax Refund | 1224-000 | 4,932.00 |
| 2018 State Tax Refund | 1224-000 | 742.00 |
| Interest paid on delayed federal tax refund. | 1229-000 | 104.87 |
| Non Estate Funds returned to debtor | 1280-000 | 715.16 |
| Non-Estate Receipts | 1280-000 | 0.00 |
| TOTAL GROSS RECEIPTS | | $6,494.03 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ALISA MARIE LUDOLPH | Non-Estate Funds Paid to Third Parties | 8500-002 | 715.16 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $715.16 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bluegreen Vacations Co, 4960 Conference Way N # Boca Raton, FL 33431 | | 22,946.00 | NA | NA | 0.00 |
| | Carmax Auto Finance, 12800 Tuckahoe Creek Parkway Richmond, VA 23238 | | 19,104.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$42,050.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LYLE R. NELSON | 2100-000 | NA | 1,327.89 | 1,327.89 | 1,327.89 |
| LYLE R. NELSON | 2200-000 | NA | 50.35 | 50.35 | 50.35 |
| First National Bank - Vinita | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$NA** | **$1,388.24** | **$1,388.24** | **$1,388.24** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$NA** | **$NA** | **$NA** | **$NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $NA | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Avis Car Rental, 509 East Memorial Road Oklahoma City, OK 73114 | | 350.00 | NA | NA | 0.00 |
| | Capital One Bank Usa N, 15000 Capital One Dr Richmond, VA 23238 | | 1,236.00 | NA | NA | 0.00 |
| | Confident Financial So, 2560 55th St Ste 100 Boulder, CO 80301 | | 1,926.00 | NA | NA | 0.00 |
| | Continental, C/o Security Finance Spartanburg, SC 29304 | | 1,240.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Courtesy Loans, 708 N Main Stillwater, OK 74075 | | 350.00 | NA | NA | 0.00 |
| | Cox Communication, PO Box 248851 Oklahoma City, OK 73124 | | 200.00 | NA | NA | 0.00 |
| | Mercy Oklahoma, PO Box 2580 Edmond, OK 73012 | | 350.00 | NA | NA | 0.00 |
| | Reginal Finance, 302 W. Edmond Rd. Edmond, OK 73003 | | 2,800.00 | NA | NA | 0.00 |
| | Security Finance, 5003 N Rockwell Bethany, OK 73008 | | 1,350.00 | NA | NA | 0.00 |
| | Syncb/Care Credit, PO Box 965036 Orlando, FL 32896 | | 743.00 | NA | NA | 0.00 |
| | Syncb/JCP, Po Box 965007 Orlando, FL 32896 | | 1,246.00 | NA | NA | 0.00 |
| | Syncb/Walmart, PO Box 965024 Orlando, FL 32896 | | 1,423.00 | NA | NA | 0.00 |
| | Tinker Federal Credit Union, Po Box 45750 Tinker Afb, OK 73145 | | 3,856.00 | NA | NA | 0.00 |
| | Us Dept Of Ed/glelsi, Po Box 7860 Madison, WI 53707 | | 58,326.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | World Acceptance Corp., 108 Frederick St. Greenville, SC 29607 | | 4,512.00 | NA | NA | 0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 1,316.76 | 1,316.76 | 89.77 |
| 1 | Security Finance of Oklahoma, LLC DBA Continental Credit | 7100-000 | NA | 1,084.95 | 1,084.95 | 73.97 |
| 5 | SYNCHRONY BANK | 7100-000 | NA | 1,461.90 | 1,461.90 | 99.67 |
| 6 | SYNCHRONY BANK | 7100-000 | NA | 743.63 | 743.63 | 50.70 |
| 7 | SYNCHRONY BANK | 7100-000 | NA | 1,246.66 | 1,246.66 | 84.99 |
| 3 | UNITED STATES DEPARTMENT OF EDUCATION | 7100-000 | NA | 13,923.41 | 13,923.41 | 949.25 |
| 4 | UNITED STATES DEPARTMENT OF EDUCATION | 7100-000 | NA | 44,623.46 | 44,623.46 | 3,042.28 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $79,908.00 | $64,400.77 | $64,400.77 | $4,390.63 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 19-10047 | SAH | Judge: | Sarah A. Hall | Trustee Name: | LYLE R. NELSON, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | ALISA MARIE LUDOLPH | | | | Date Filed (f) or Converted (c): | 01/09/2019 (f) |
| | | | | | 341(a) Meeting Date: | 02/05/2019 |
| For Period Ending: | 04/10/2020 | | | | Claims Bar Date: | 05/07/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Vacation Time Share<br><br>PO Box 630980<br>Cincinnati OH 45263  Hamilton County | 22,946.00 | 0.00 | | 0.00 | FA |
| 2. 2017 Dodge Journey Mileage: 30000 | 14,250.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods At The Debtor's Residence. | 300.00 | 0.00 | | 0.00 | FA |
| 4. Tv, Computer & Cell Phone | 500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel In Debtor's Possession. | 300.00 | 0.00 | | 0.00 | FA |
| 6. 1 Cat | 20.00 | 0.00 | | 0.00 | FA |
| 7. Cash | 2.00 | 0.00 | | 0.00 | FA |
| 8. Tinker Federal Credit Union Account Overdrawn $44 | 0.00 | 0.00 | | 0.00 | FA |
| 9. Tinker Federal Credit Union | 5.00 | 0.00 | | 0.00 | FA |
| 10. City Of Oklahoma City Security Deposit | 160.00 | 0.00 | | 0.00 | FA |
| 11. Deposit Rental House Douglas Butler | 400.00 | 0.00 | | 0.00 | FA |
| 12. 2018 Federal Tax Refund (u) | 0.00 | 4,932.00 | | 4,932.00 | FA |
| 13. 2018 State Tax Refund (u) | 0.00 | 742.00 | | 742.00 | FA |
| 14. Inheritance insurance policy from mother (u)<br><br>By subsequent amendment, this is a Globe Life policy.  Dr is beneficary,  documents provided by attorney establish that.  Also, exempt<br>Amended Schedules filed 7/23/19 Doc. 24 changing this from Unscheduled to scheduled w/ an Exemption.<br>Amended Schedules filed 8/28/19 Doc. 26 changing the amount of Asset & amount of Exemption. | 3,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 19-10047 | SAH | Judge: | Sarah A. Hall | Trustee Name: | LYLE R. NELSON, TRUSTEE |
| Case Name: | ALISA MARIE LUDOLPH | | | | Date Filed (f) or Converted (c): | 01/09/2019 (f) |
| | | | | | 341(a) Meeting Date: | 02/05/2019 |
| For Period Ending: | 04/10/2020 | | | | Claims Bar Date: | 05/07/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. Interest paid on delayed federal tax refund. (u)<br><br>Due to delay in paying refund, IRS paid $120.03 in interest on tax refund. Estate portion of tax refund is 873%. 873% of $120.03 = $104.87. That is the pro rata portion of the interest paid by the IRS which is the Estates. Further, Debtor owed $742 state refund. The federal refund exceeds the total amount to turnover. So, per agreement with the Debtor I will apply the federal refund to the federal and state refunds to turnover. The balance will be refunded to the Debtor after the inheritance issue is resolved. | 0.00 | 104.87 | | 104.87 | FA |
| 16. Great Western insurance policy on mother (u)<br><br>Great Western insurance policy on mother. Debtor is beneficiary. Amended schedules filed to list and also claim as exempt.<br>Amended Schedules filed 7/23/19 Doc. 24 changing this from Unscheduled to scheduled w/ an Exemption.<br>Amended Schedules filed 8/28/19 Doc. 26 changing the amount of Asset & amount of Exemption. | 10,000.00 | 0.00 | | 0.00 | FA |
| 17. Non Estate Funds returned to debtor (u)<br><br>Federal Tax refunded to debtor estate excess<br>NOTE, this 'asset' was added by the direction of AXOS as part of a check refund/debtor overpayment. I have subsequently learned that AXOS advice on this issue was incorrect, from similar fact cases. I will attempt to delete this 'asset' b/c it is not an asset. AXOS idea was having a 'asset' to tie the 'deposit correcting check' to, which I have learned is incorrect. | 0.00 | 715.16 | | 715.16 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $51,883.00 | $6,494.03 | | $6,494.03 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

9/25/2019  check drafted to refund overpayment of tax refund sent to debtor.  When check clears, will file/submit TFR.
10/2/2019  Bank statement received and reviewed. check did not clear in September stmt  Bank fees will stop after October fee.
10/23/2019 Review Pacer and claims register for amendments & Orders on Motions for Relief & Abandonment.  Adjust claims/assets as needed. bl
10/31/2019  receive error code on 10/30/2019 batch filing of annual report.  Manually file annual report, forms 1 and 2 this date.
10/31/2019  annual report/interim report forms 1 and 2 filed.  Doc no. 31
11/8/2019  never received normal monthly email that bank stmts were ready to review.  Independently checked this date, statement available and reviewed. Debtor check cleared.  Case ready for TFR
11/18/2019  claims checked and confirmed earlier.  Ready for TFR.
12/11/2019  never received normal monthly email that bank stmts were ready to review.  Independently checked this date, statement available and reviewed.  BL rough drafted a TFR for my review last month but did not forward it.  Will review and approve.
12/11/2019  TFR approved to submit to UST
1/3/2020  Review First National, Vinita December, 2020 stmt.  Balance closed and transferred to AXOS bank.
1/6/2020 Review partial month, Dec. AXOS bank.  shows balance transfer 12/18
1/28/2020 UST files TFR, Doc no 32
1/30/2020 TFR filed.  Run NFR for current date.  Prepare Certificate of Service and Trustee Comp Application & Order.  E-file all.  Matrix mail NFR. Email Order to UST.  Docket Order upload. bl
2/4/2020 dr atty emails 2019 returns.  Filing date only 9 days in.  That amount is not cost effective to administer.  Administrative costs would exceed 9 days of refund.
2/5/2020 Review e-bank stmt.  Balance matches.
2/21/2020 Time ran on Trustee Comp Application.  Upload order. bl
2/24/2020 Order on Trustee Comp entered, Doc. 36.  Print for file & Docket to cut checks. bl
3/5/2020  Receive/review feb bank stmt.
 3/6/2020 Distribution checks issued and mailed.
 4/7/2020  review monthly e statement.  bank balances -0-,  close bank acct, will submit TDR
4/10/2020 Run TDR & submit to UST. bl


Initial Projected Date of Final Report (TFR): 02/05/2021        Current Projected Date of Final Report (TFR): 02/07/2020

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 19-10047  
Case Name: ALISA MARIE LUDOLPH  
Taxpayer ID No: XX-XXX9297  
For Period Ending: 04/10/2020  

Trustee Name: LYLE R. NELSON, TRUSTEE  
Bank Name: First National Bank - Vinita  
Account Number/CD#: XXXXXX5939  
Checking  
Blanket Bond (per case limit): $7,904,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/20/19 | | United States Treasury | 2018 Federal tax refund  Due to delay in paying refund, IRS paid $120.03 in interest on tax refund. Estate portion of tax refund is 873%.  873% of $120.03 = $104.87.  That is the pro rata portion of the interest paid by the IRS which is the Estates. Further, Debtor owed $742 state refund.  The federal refund exceeds the total amount to turnover.  So, per agreement with the Debtor I will apply the federal refund to the federal and state refunds to turnover.  The balance will be refunded to the Debtor after the inheritanc | | $6,494.03 | | $6,494.03 |
| | | | Gross Receipts | $6,494.03 | | | |
| | 12 | | 2018 Federal Tax Refund | $4,932.00 | 1224-000 | | |
| | 13 | | 2018 State Tax Refund | $742.00 | 1224-000 | | |
| | 15 | | Interest paid on delayed federal tax refund. | $104.87 | 1229-000 | | |
| | 17 | | Non Estate Funds returned to debtor | $715.16 | 1280-000 | | |
| 09/09/19 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,484.03 |
| 10/01/19 | 10001 | ALISA MARIE LUDOLPH 1324 NW 81ST ST OKLAHOMA CITY, OK 73114 | Refund overpayment of tax refund to debtor  Refund overpayment of 2018 federal tax refund to debtor per Order Doc no. 25. | 8500-002 | | $715.16 | $5,768.87 |
| 12/18/19 | | Transfer to Acct # xxxxxx0166 | Transfer of Funds | 9999-000 | | $5,768.87 | $0.00 |

Page Subtotals: $6,494.03   $6,494.03

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $6,494.03 | $6,494.03 |
| Less: Bank Transfers/CD's | $0.00 | $5,768.87 |
| Subtotal | $6,494.03 | $725.16 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,494.03 | $725.16 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 19-10047 | Trustee Name: | LYLE R. NELSON, TRUSTEE |
| Case Name: | ALISA MARIE LUDOLPH | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0166 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9297 | Blanket Bond (per case limit): | $7,904,000.00 |
| For Period Ending: | 04/10/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/18/19 | | Transfer from Acct # xxxxxx5939 | Transfer of Funds | 9999-000 | $5,768.87 | | $5,768.87 |
| 03/06/20 | 2001 | LYLE R. NELSON<br>TWO LEADERSHIP SQUARE<br>211 N. ROBINSON, STE. 1300<br>OKLAHOMA CITY, OK 73102-7134 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $1,327.89 | $4,440.98 |
| 03/06/20 | 2002 | LYLE R. NELSON<br>TWO LEADERSHIP SQUARE<br>211 N. ROBINSON, STE. 1300<br>OKLAHOMA CITY, OK 73102-7134 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $50.35 | $4,390.63 |
| 03/06/20 | 2003 | Security Finance of Oklahoma, LLC DBA Continental Credit<br>SFC CENTRAL BANKRUPTCY<br>P.O. BOX 1893<br>SPARTANBURG, SC 29304 | Claim 1 Accnt #6807 | 7100-000 | | $73.97 | $4,316.66 |
| 03/06/20 | 2004 | CAPITAL ONE BANK (USA), N.A.<br>by American InforSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 2 Accnt #5752 | 7100-000 | | $89.77 | $4,226.89 |
| 03/06/20 | 2005 | UNITED STATES DEPARTMENT OF EDUCATION<br>UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | Claim 3 Accnt #2701 | 7100-000 | | $949.25 | $3,277.64 |
| 03/06/20 | 2006 | UNITED STATES DEPARTMENT OF EDUCATION<br>UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | Claim 4 Accnt #2701 | 7100-000 | | $3,042.28 | $235.36 |
| 03/06/20 | 2007 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41031<br>NORFOLK VA 23541 | Claim 5 Accnt #7386 | 7100-000 | | $99.67 | $135.69 |

Page Subtotals: $5,768.87 $5,633.18

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 19-10047 | Trustee Name: | LYLE R. NELSON, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | ALISA MARIE LUDOLPH | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0166 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9297 | Blanket Bond (per case limit): | $7,904,000.00 |
| For Period Ending: | 04/10/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/20 | 2008 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41031<br>NORFOLK VA 23541 | Claim 6 Accnt #3670 | 7100-000 | | $50.70 | $84.99 |
| 03/06/20 | 2009 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41031<br>NORFOLK VA 23541 | Claim 7 Accnt #2507 | 7100-000 | | $84.99 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $5,768.87 | $5,768.87 |
| Less: Bank Transfers/CD's | $5,768.87 | $0.00 |
| Subtotal | $0.00 | $5,768.87 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $5,768.87 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Page Subtotals: $0.00  $135.69

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0166 - Checking | $0.00 | $5,768.87 | $0.00 |
| XXXXXX5939 - Checking | $6,494.03 | $725.16 | $0.00 |
| | $6,494.03 | $6,494.03 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,494.03 |
| Total Gross Receipts: | $6,494.03 |

Page Subtotals: $0.00　$0.00